UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KALLIOPE NICHOLAS <br>     Plaintiff, <br><br> v. <br><br> HOME DEPOT USA, INC. <br>     Defendant. | CIVIL ACTION NO. <br> 05 10814 RGS |

## HOME DEPOT USA, INC.'S LOCAL RULE 7.3
## CORPORATE DISCLOSURE STATEMENT

Home Depot U.S.A., Inc. is a subsidiary of Home Depot International, Inc. Home Depot

International is the parent company of Home Depot, U.S.A., Inc. and owns 100% of its capital

stock.


Dated: April ___27___, 2005



Dated: April 27, 2005

HOME DEPOT USA, INC.
By Its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION


_____
James M. Campbell, BBO # 541882
Brian P. Voke, BBO# 544327
Christopher A. Callanan, BBO # 630649
One Constitution Plaza
Boston, MA 02129
617-241-3000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following attorney of record by mail on April 27, 2005.

J. Michael Conley
Kenney & Conley
100 Grandview Road
Braintree, MA  02184

_____
Christopher A. Callanan