UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KALLIOPE NICHOLAS, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>HOME DEPOT USA, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 05 10814 RGS |

### PLAINTIFF'S AUTOMATIC DISCLOSURES

Pursuant to Local Rule 26.2(A) and Federal Rules of Civil Procedure 26(a)(1), the Plaintiff makes the following disclosures:

A.  **Individuals Likely To Have Discoverable Information:**

Kalliope Nicholas
64 Channing Road
Belmont, MA 02478;

Victoria Grzybinski
87 Depot Road
Westford, MA 01886.

**Medical Providers for Kalliope Nicholas (thus far):**

Watertown Fire Department
99 Main Street
Watertown, MA 02472;

Mt. Auburn Hospital
330 Mt. Auburn Street
Cambridge, MA 02138;

Professional Ambulance
324 Rindge Avenue
Post Office Box 410326
Cambridge, MA 02141;

Armstrong Ambulance
12 Brattle Court
Arlington, MA 02476;

Youville Hospital & Rehabilitation Center
1575 Cambridge Street
Cambridge, MA 02138;

CareGroup Home Care
44 Trapelo Road
Belmont, MA 02478;

Medi-Rents, Inc. / dba H.C.S.
103 Fourth Avenue
Waltham, MA 02451;

Belmont Medical Associates, Inc.
725 Concord Avenue, Suite 4100
Cambridge, MA 02138;

John H. Chaglassian, M.D.
1021 Massachusetts Avenue
Arlington, MA 02476.

B. **Document, Data Compilations, And Tangible Things In The Possession, Custody Or Control Of The Plaintiff**

The following documents are or may be relevant to the facts disputed in the pleadings;

(1)   the medical records and bills of the Plaintiff.

C. **Computation Of Damages**

The Plaintiff has not yet calculated her damages.

D.  **Insurance Agreements**

    Not applicable.

                            Respectfully submitted,

                            **KALLIOPE NICHOLAS,**
                            By her attorney,

                            _____
                            J. Michael Conley, Esq.  (BBO# 094090)
                            Kenney & Conley, P.C.
                            100 Grandview Road, Suite 218
                            Post Office Box 9139
                            Braintree, MA  02185-9139

Dated:  May 12, 2005             Telephone: 781-848-9891

                        **CERTIFICATE OF SERVICE**

    I hereby certify that on this date I forwarded a copy of the foregoing Certificate Of Plaintiff Pursuant To Local Rule 16.1, via first class mail, postage prepaid, to counsel of record: Christopher A. Callanan, Esq., Campbell Campbell Edwards & Conroy, One Constitution Plaza, Boston, MA  02129.

    Signed under the penalties of perjury this 12th day of May 2005.

                            _____
                            J. Michael Conley, Esq. (BBO# 094090)