MICV2005-01016

FILED
CLERKS OFFICE

2005 MAY 16 P 3: 05

U.S. DISTRICT COURT
DISTRICT OF MASS

CA
05-10814
RGS

NICHOLAS KALLIOPE

v.

HOME DEPOT USA, INC

****REMOVED TO US DISTRICT COURT****

**Commonwealth of Massachusetts**
**SUPERIOR COURT DEPARTMENT**
**THE TRIAL COURT**
**CAMBRIDGE**

FILED
CLERK'S OFFICE

05 MAY 15 P 3:05

U.S. DISTRICT COURT
DISTRICT OF MASS

MICV2005-01016

I, Mary E. Rosa, Deputy Assistant Clerk of the Superior Court, within and for said County of Middlesex, do certify that the annexed papers are true copies made by photographic process of pleadings entered in the Superior Court on the 25th of March, in the year of our Lord, Two Thousand Five



In testimony whereof, I hereunto set my hand and affix the seal of said Superior Court, at Cambridge, in said County, this 2nd of May, in the year of our Lord, Two Thousand Five

_____
Deputy Assistant Clerk

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARMENT            MIDDLESEX, ss.

|  |  |
|---|---|
| KALLIOPE NICHOLAS,<br>      Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC.<br>      Defendant. | CIVIL ACTION NO.<br>MICV2005-01016-H |

## NOTICE OF REMOVAL

TO:   J. Michael Conley
      Kenney & Conley, P.C.
      100 Grandview Road, Suite 218
      Post Office Box 9139
      Braintree, MA 02185



Office of the Civil Clerk
MIddlesex Superior Court
40 Thorndike Street
Cambridge, MA 02141

Please take notice that the defendant, Home Depot USA, Inc. (incorrectly sued as "The Home Depot, Inc.", a non-Massachusetts corporation with its principal place of business in Georgia, has on the 22nd day of April, 2005, filed a Notice of Removal pursuant to 28 U.S.C. sec. 1441 et seq., containing a statement of facts which entitle it to remove the case to the United States District Court, District of Massachusetts.

The case is currently pending in the United States District Court, District of

Massachusetts at Boston with a Docket Number 05-10814 RGS (a certified copy of which is attached hereto as Exhibit 1).

HOME DEPOT USA, INC.

By Its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

_____
James M. Campbell, BBO # 541882
Brian P. Voke, BBO# 544327
Christopher A. Callanan, BBO # 630649
One Constitution Plaza
Boston, MA 02129
617-241-3000

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following attorney of record by mail on April 27, 2005.

J. Michael Conley
Kenney & Conley, P.C.
100 Grandview Road, Suite 218
Post Office Box 9139
Braintree, MA  02185

_____
Christopher A. Callanan

2

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX
APR 2 8 2005
Edward J Sullivan
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 APR 22 P 4: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NICHOLAS KALLIOPE<br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.<br>Defendant. | )<br>)<br>)<br>)   CIVIL ACTION NO.<br>)<br>)<br>)<br>) |

05 10814 RGS

I hereby certify on _____ that the foregoing document is a true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☒ original file in my office on 5/16/05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

### NOTICE OF REMOVAL

TO: THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

NOW COMES Home Depot USA, Inc., ("Home Depot") and files this Notice of Removal of the above-captioned action from Middlesex Superior Court, Middlesex County, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts. In support of its Notice of Removal, Home Depot states as follows:

1. This is a negligence action brought by Nicholas Kalliope, who alleges personal injury resulting from a trip and fall on rope on the floor of the Watertown, Massachusetts Home Depot store. As a result of Home Depot's alleged negligence, the plaintiff claims that he sustained severe and permanent injuries, has incurred and expects to continue to incur medical expenses and lost wages, and has suffered and expects to continue to suffer great pain of body and mind. (See Exhibit "A," attached, Plaintiff's Complaint and Civil Action Cover Sheet.)

3. The plaintiff is a resident of Belmont, Massachusetts.

4. Home Depot USA, Inc. is a Delaware Corporation with a principal place of business in Georgia.

5. Jurisdiction is founded on diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332.

6.   The plaintiff alleges that he sustained a comminuted patella fracture and has incurred medical expenses to date of $47,853.74 and expects that amount to increase with future treatment. Therefore, Home Depot believes that the amount in controversy, given the plaintiff's alleged damages, reasonably can be expected to $75,000.

7.   This Notice of Removal is being filed within the time period required by 28 U.S.C. § 1446(b).

8.   This Notice of Removal was served on counsel of record via regular mail on April 22, 2005

**Wherefore**, Home Depot prays for removal of the above-captioned matter from Middlesex Superior Court, Middlesex County, to the United States District Court for the District of Massachusetts.

Dated: April 22, 2005

HOME DEPOT USA, INC.
By Its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

/s/ James M. Campbell

James M. Campbell, BBO # 541882
Christopher A. Callanan, BBO # 630649
Julie B. Goldman, BBO# BBO# 648489
One Constitution Plaza
Boston, MA 02129
617-241-3000

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the following attorney of record by mail on April 22, 2005.

        J. Michael Conley
        Kenney & Conley
        100 Grandview Road
        Braintree, MA  02184

_____
Christopher A. Callanan

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                    SUPERIOR COURT DEPARTMENT
                                                  CIVIL ACTION NO. 05-1016

KALLIOPE NICHOLAS,           )
                             )
        Plaintiff,           )
                             )
V.                           )
                             )
THE HOME DEPOT, INC.,        )
                             )
        Defendant.           )

*FILED IN THE OFFICE OF THE CLERK OF THE COURTS FOR THE... MAR 25 2005 ...CLERK*

```
5695E000003/25/05CIVIL       240.00
5695E000003/25/05SUR CHARGE   15.00
5695E000003/25/05SECC         20.00
```

### COMPLAINT AND DEMAND FOR JURY TRIAL

1.      The Plaintiff, Kalliope Nicholas, resides at 64 Channing Road, Belmont, Middlesex County, Commonwealth of Massachusetts.

2.      The Defendant, The Home Depot, Inc., is a duly constituted corporation with places of business throughout Eastern Massachusetts, including at a store in Watertown, Massachusetts.

3.      On June 13, 2004, the Plaintiff, a customer of the Defendant, tripped and fell over rope on the Defendant's store floor. The Plaintiff's fall was caused by the Defendant's negligence in:

    (a)     unsafe placement of rope on its store floor;

    (b)     failure to remedy dangerous conditions created by the rope left on its store floor;

    (c)     failure to guard or block the hazardous condition represented by the rope left on its store floor;

Page 1 of 2

(d) failure to warn customers of the hazard presented by the rope left on its store floor; and

(e) failure to properly train its employees.

4. As a result, the Plaintiff, Kalliope Nicholas, was seriously injured, was prevented from transacting her business, suffered great pain of body and mind, and incurred expense for medical attention and hospitalization.

5. This is an action by Kalliope Nicholas against The Home Depot, Inc. for negligence and/or recklessness resulting in personal injury.

WHEREFORE, the Plaintiff, Kalliope Nicholas, demands judgment against the Defendant, The Home Depot, Inc., in an amount that is fair, together with interest and costs.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Respectfully submitted,

**KALLIOPE NICHOLAS,**
By her attorney,

J. Michael Conley, Esq. (BBO# 094090)
Kenney & Conley, P.C.
100 Grandview Road, Suite 218
Post Office Box 9139
Braintree, Massachusetts 02185
Telephone: 781-848-9891

Dated: March 22, 2005

Page 2 of 2

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 05-1016 | Trial Court of Massachusetts Superior Court Department County: MIDDLESEX |
|---|---|---|

| PLAINTIFF(S) KALLIOPE NICHOLAS | DEFENDANT(S) THE HOME DEPOT, INC. |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE<br>J. Michael Conley, Esq. (BBO# 094090)<br>Kenney & Conley, P.C.<br>100 Grandview Road, Braintree, MA 02184<br>Board of Bar Overseers number: Tel: 781-848-9891 | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B04 | Other negligence--personal injury | (F) | (X) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................. $ 3,876.62
2. Total Doctor expenses ............................................. $ 2,034.00
3. Total chiropractic expenses ....................................... $
4. Total physical therapy expenses  rehabilitation ................. $ 34,057.00
5. Total other expenses (describe) ambulance, medical equipment, home care ... $ 7,886.12
   Subtotal $ 47,853.74
B. Documented lost wages and compensation to date ..................... $
C. Documented property damages to date ................................ $
D. Reasonably anticipated future medical and hospital expenses ........ $ To be determined
E. Reasonably anticipated lost wages .................................. $
F. Other documented items of damages (describe)
   $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

   Comminuted patella fracture

   TO EXCEED $
   TOTAL $ 47,853.74

FILED IN THE OFFICE OF THE CLERK OF THE COURTS MIDDLESEX MAR 25 2005 Edward J. Sullivan CLERK

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ ...........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ DATE: 3/22/2005

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

```
MAS-20041213                    Commonwealth of Massachusetts                   05/02/2005
gilmanr                          MIDDLESEX SUPERIOR COURT                        02:01 PM
                                        Case Summary
                                        Civil Docket
```

## MICV2005-01016
## Nicholas v Home Depot U.S.A., Inc.

| File Date | 03/25/2005 | Status | Disposed: transferred to other court (dtrans) |
|---|---|---|---|
| Status Date | 04/28/2005 | Session | H - Cv H (8A Cambridge) |
| Origin | 1 | Case Type | B04 - Other negligence/pers injury/pro |
| Lead Case | | Track | F |

| Service | 06/23/2005 | Answer | 08/22/2005 | Rule12/19/20 | 08/22/2005 |
|---|---|---|---|---|---|
| Rule 15 | 08/22/2005 | Discovery | 01/19/2006 | Rule 56 | 02/18/2006 |
| Final PTC | 03/20/2006 | Disposition | 05/19/2006 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Kalliope Nicholas
64 Channing Road
Active 03/25/2005

**Private Counsel 094090**
J Michael Conley
Kenney & Conley
100 Grandview Road Suite 218
PO Box 9139
Braintree, MA 02185
Phone: 781-848-9891
Fax: 781-843-4216
Active 03/25/2005 Notify

**Defendant**
Home Depot U.S.A., Inc.
Service pending 03/25/2005

**Private Counsel 544327**
Brian P Voke
Campbell Campbell Edwards & Conroy
1 Constitution Plaza
3rd floor
Boston, MA 02129
Phone: 617-241-3000
Fax: 617-241-5115
Active 04/28/2005 Notify

**Private Counsel 541882**
James M Campbell
Campbell Campbell Edwards & Conroy
1 Constitution Plaza
3rd Floor
Boston, MA 02129
Phone: 617-241-3000
Fax: 617-241-5115
Active 04/28/2005 Notify

**Private Counsel 630649**
Christopher A Callanan
Campbell Campbell Edwards & Conroy
1 Constitution Plaza
Boston, MA 02129
Phone: 617-241-3057
Fax: 617-241-5115
Active 04/28/2005 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 03/25/2005 | 1.0 | Complaint & civil action cover sheet filed |

case01 202816 y y y y n n                                         Page 1 of 2

| | | |
|---|---|---|
| MAS-20041213 | | 05/02/2005 |
| gilmanr | | 02:01 PM |

**Commonwealth of Massachusetts**
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

## MICV2005-01016
### Nicholas v Home Depot U.S.A., Inc.

| Date | Paper | Text |
|---|---|---|
| 03/25/2005 | | Origin 1, Type B04, Track F. |
| 04/28/2005 | 2.0 | Case REMOVED this date to US District Court of Massachusetts by deft Home Depot USA, Inc |
| 04/28/2005 | | ABOVE ACTION THIS DAY REMOVED TO US DISTRICT COURT |