UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY 20 P 1: 47

U.S. DISTRICT COURT
DISTRICT OF MASS

KALLIOPE NICHOLAS, )
)
Plaintiff, ) CIVIL ACTION NO. 05 10814 RGS
)
V. )
)
HOME DEPOT USA, INC., )
)
Defendant. )

## CERTIFICATION OF PLAINTIFF PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, the Plaintiff, Kalliope Nicholas, hereby certifies that

she has conferred with her attorney concerning projected expenses for this litigation as

well as concerning various alternative dispute resolution programs that may at some point

assist in resolving this litigation.

*Kalliope Nicholas*
KALLIOPE NICHOLAS

Respectfully submitted,

**KALLIOPE NICHOLAS,**
By her attorney,

_____
J. Michael Conley, Esq.  (BBO# 094090)
Kenney & Conley, P.C.
100 Grandview Road, Suite 218
Post Office Box 9139
Braintree, MA  02185-9139
Telephone: 781-848-9891

Dated: May 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this date I forwarded a copy of the foregoing Certificate Of Plaintiff Pursuant To Local Rule 16.1, via first class mail, postage prepaid, to counsel of record: Christopher A. Callanan, Esq., Campbell Campbell Edwards & Conroy, One Constitution Plaza, Boston, MA  02129.

Signed under the penalties of perjury this 19th day of May 2005.

_____
J. Michael Conley, Esq. (BBO# 094090)