# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. MICV2005-01016-H

KALLIOPE NICHOLAS

, Plff(s).

v.

HOME DEPOT U.S.A., INC.

, Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)

, 200

**N.B. TO PROCESS SERVER:—**
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN
THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

*Suffolk, ss.*

May 18, 2005

I hereby certify and return that on 5/17/2005 at 3:05PM I served a true and attested copy of the Summons, Complaint, Cover Sheet and Tracking Order in this action in the following manner: To wit, by delivering in hand to G.Brown, agent and person in charge at the time of service for Home Depot U.S.A., Inc., at , C/O CT Corporation System, 101 Federal Street Boston, MA. Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $37.00

Deputy Sheriff  John Cotter                                  Deputy Sheriff