UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KALLIOPE NICHOLAS, <br><br> Plaintiff, <br><br> V. <br><br> HOME DEPOT USA, INC., <br><br> Defendant. | CIVIL ACTION NO. 05 10814 RGS |

### JOINT MOTION TO ENLARGE TIME

The parties jointly respectfully move the Court to adjust the schedule pertaining to this action as follows:

  Fact Discovery and Expert Designation completed 1/31/2006
  Case Deemed Ready for Trial         2/28/2006

As the reasons therefore, the parties state as follows:

(1) that counsel have been working cooperatively but hindered by (a) conflicts among counsels' respective schedules, (b) the Defendant's desire for a confidentiality agreement in advance of releasing certain materials, (c) limited availability of some of the Defendant's personnel and information, and (d) Mrs. Nicholas's on-going medical treatment; and

(2) from a discovery standpoint, the Plaintiff desires to take three depositions which will total less than one half of a day of deposition time – these are of a Home Depot employee who the parties understand to be out of work on leave, a possible percipient witness, and a Home Depot security person identified as the person responsible for identifying and securing certain video evidence related to the evidence.

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>**KALLIOPE NICHOLAS,**<br>By her attorney,<br><br>_____<br>J. Michael Conley (BBO# 094090)<br>Kenney & Conley, P.C.<br>100 Grandview Road, Suite 218<br>Post Office Box 9139<br>Braintree, MA 02185-9139<br>Telephone: 781-848-9891 | Defendant,<br>**HOME DEPOT USA, INC.,**<br>By its attorney,<br><br>_____<br>Christopher A. Callanan (BBO# 630649)<br>Campbell Campbell Edwards & Conroy, P.C.<br>One Constitution Plaza<br>Boston, MA 02129<br>Telephone: 617-241-3000 |

Dated: December 21, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I forwarded a copy of the foregoing to counsel of record. Signed under the pains and penalties of perjury this 21st day of December 2005.

_____
J. Michael Conley (BBO# 094090)