UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KALLIOPE NICHOLAS )<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOME DEPOT USA, INC. )<br>Defendant. )<br>) | CIVIL ACTION NO.<br><br>1:05-cv-10814-RGS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) the parties stipulate that this action be dismissed with prejudice and without cost to either party.

**KALLIOPE NICHOLAS,**
**By her attorneys,**

**KENNEY & CONLEY, P.C.,**

_____
J. Michael Conley (BBO# 094090)
100 Grandview Road, Suite 218
P.O Box 9139
Braintree, MA 02185-9891
(781) 828-4646

**HOME DEPOT USA, INC.,**
**By its attorneys,**

**CAMPBELL CAMPBELL EDWARDS**
**& CONROY PROFESSIONAL**
**CORPORATION,**

_____
Brian P. Voke (BBO# 544327)
Christopher A. Callanan (BBO# 630649)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000